# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DALE EDWARD FLANAGAN,<br><br>    Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 2:09-cv-00085-KJD-EJY<br><br>ORDER |

In this capital habeas corpus action, the petitioner, Dale Edward Flanagan, represented by appointed counsel, was due to file his reply to the respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing, by May 13, 2024. *See* ECF Nos. 116, 208. Since that due date was set, Flanagan has filed a series of motions for extensions of time. ECF Nos. 209, 210, 211, 212, 213, 214, 215, 217. The latest of those motions, filed October 28, 2024 (ECF No. 217) requests that the time for the reply and motions be extended to January 6, 2025. Flanagan's counsel states that this latest extension of time is necessary because of the complexity of the case and because of personal medical issues. Flanagan's counsel characterizes the latest requested extension as a "final extension of time," and states that counsel "assure[s] the Court that the documents will be filed within the time frame requested by this motion." ECF No. 217 at 3. Flanagan's counsel represents that Respondents do not oppose the latest motion for extension of time. The Court finds that the motion for extension of time filed October 28, 2024 (ECF No. 217) is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 217) is **GRANTED**. Petitioner will have until and including January 6, 2025, to file a reply to Respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that Petitioner's other pending motions for extensions of time (ECF Nos. 209, 210, 211, 212, 213, 214 and 215) are **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), Jeremy Bean is substituted for William Gittere as the respondent warden, and Aaron Ford is substituted for Adam Paul Laxalt as the respondent Attorney General of the State of Nevada. The Clerk of the Court is directed to update the docket to reflect these changes.

DATED THIS 18th day of December, 2024.

KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE