UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DALE EDWARD FLANAGAN,<br><br>    Petitioner,<br><br>    v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 2:09-cv-00085-KJD-EJY<br><br>ORDER |

In this capital habeas corpus action, the petitioner, Dale Edward Flanagan, represented by appointed counsel, was due to file his reply to the respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing, by January 6, 2025. *See* ECF No. 218.

On January 6, 2025, Flanagan filed a motion for extension of time (ECF No. 219) requesting a further 30-day extension. Flanagan's counsel states that this would be the last extension requested. Counsel details the reasons why the extension is necessary, including need for further investigation, need to consult with Flanagan, lead counsel's medical condition, and a resulting shift in responsibilities between counsel. ECF No. 219 at 1–2. Flanagan's counsel represents that Respondents do not oppose the extension of time. *Id*. at 3. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time.

In view of the circumstances described by counsel, and *to ensure that this is in fact the last extension of this deadline*, the Court will grant Flanagan an 80-day extension, to March 27, 2025. *The Court will not further extend this deadline absent extraordinary circumstances*.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 219) is **GRANTED**. Petitioner will have until and including **March 27, 2025**, to file a reply to Respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing.

DATED THIS 7th day of January, 2025.

KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE