UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DALE EDWARD FLANAGAN,<br><br>    Petitioner,<br><br>    v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 2:09-cv-00085-KJD-EJY<br><br>ORDER |

In this capital habeas corpus action, the petitioner, Dale Edward Flanagan, represented by appointed counsel, was due to file his reply to the respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing, by March 27, 2025. *See* ECF No. 220.

On March 27, Flanagan filed a motion for extension of time, requesting a further 14-day extension, to April 10, 2025. ECF No. 221. Flanagan's counsel states that this would be the last extension requested. Counsel details the reasons why the extension is necessary, including extraordinary, serious personal circumstances. *Id.* at 2. Flanagan's counsel represents that Respondents do not oppose the extension of time. *Id*. at 3. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

*The Court will not further extend this deadline absent extraordinary circumstances*.

///

///

///

///

///

1

   **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 221) is **GRANTED**. Petitioner will have until and including **April 10, 2025**, to file a reply to Respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing.

   DATED THIS 28th day of March , 2025.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE