UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DALE EDWARD FLANAGAN,

     Petitioner,

     v.

JEREMY BEAN, *et al.*,

     Respondents.

Case No. 2:09-cv-00085-KJD-EJY

ORDER

In this capital habeas corpus action, after numerous extensions of time, Petitioner Dale Edward Flanagan, who is represented by appointed counsel, was due on April 10, 2025, to file his reply to Respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing, *See* ECF No. 222. On April 10, Flanagan filed a motion for extension of time, requesting another 14-day extension, to April 24, 2025. ECF No. 223. Flanagan's counsel states that this will be the last request for an extension of this deadline. *Id*. at 2. Counsel describes extraordinary circumstances necessitating this further extension: obligations in two other capital cases in which execution dates were recently set. *Id.* Counsel represents that Respondents do not oppose the motion for extension of time. *Id*. at 3. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

*The Court will not further extend this deadline absent extraordinary circumstances*.

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 223) is **GRANTED**. Petitioner will have until and including **April 24, 2025**, to file a reply to Respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing.

DATED THIS 14th day of April, 2025.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE