UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DALE EDWARD FLANAGAN,

     Petitioner,

     v.

JEREMY BEAN, *et al.*,

     Respondents.

Case No. 2:09-cv-00085-KJD-EJY

ORDER

     In this capital habeas corpus action, after numerous extensions of time, Petitioner Dale Edward Flanagan, who is represented by appointed counsel, was due on April 24, 2025, to file his reply to Respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing, *See* ECF No. 224. On April 24, Flanagan filed another motion for extension of time, requesting an extension to May 27, 2025. ECF No. 225. That extension would be for 33 days, not 30 days as Flanagan's counsel characterizes it. Flanagan's counsel declares—again— that this will be the last request for an extension of this deadline. *Id*. at 3 ("I request the thirty days to ensure that no further extensions—regardless of further unanticipated circumstances—will be necessary.") Counsel describes what the Court accepts as extraordinary circumstances necessitating this further extension: obligations in another capital case with a pending execution date. *Id*. at 2. Counsel represents that Respondents do not oppose the motion for extension of time. *Id*. at 3. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

     *The Court will not further extend this deadline absent extraordinary circumstances*.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 225) is **GRANTED**. Petitioner will have until and including **May 27, 2025**, to file a reply to Respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing.

DATED THIS 25th day of April, 2025.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE