UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DALE EDWARD FLANAGAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　Respondents. | Case No. 2:09-cv-00085-KJD-EJY<br><br>ORDER |

　　　In this capital habeas corpus action, after numerous extensions of time, Petitioner Dale Edward Flanagan, who is represented by appointed counsel, was due on May 27, 2025, to file his reply to Respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing, ECF No. 226. In the order setting that deadline, the Court stated, with emphasis: "*The Court will not further extend this deadline absent extraordinary circumstances*." *Id*. Notwithstanding that order, Flanagan has since filed a series of 13 motions for extension of time, which taken together request that the deadline in question be extended by another 196 days—about six and a half months—to December 9, 2025. ECF Nos. 227, 228, 229, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242. The Court will grant those motions and will extend the deadline for the reply and related motions to January 16, 2026.

　　　This, though, will be the last extension of this deadline. *If Flanagan files a motion for a further extension of this deadline, such motion will be denied. If, after January 16, 2026, Flanagan files a reply to Respondents' answer, a motion for leave to conduct discovery, or a motion for evidentiary hearing, such document will be stricken from the record and will not be considered by the Court.*

**IT IS THEREFORE ORDERED** that Petitioner's motions for extension of time (ECF Nos. 227, 228, 229, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242) are **GRANTED**. Petitioner will have until and including **January 16, 2026**, to file a reply to Respondents' answer, along with any motion for leave to conduct discovery and any motion for evidentiary hearing. As is explained above, *this will be the last extension of this deadline*.

DATED THIS <u>4th</u> day of <u>December</u>, 2025.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE