UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DALE EDWARD FLANAGAN, | Case No. 2:09-cv-00085-KJD-EJY |
| Petitioner, | |
| v. | ORDER |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, Petitioner Dale Edward Flanagan, represented by appointed counsel, filed a reply to Respondents' answer, a motion for leave to conduct discovery, and a motion for evidentiary hearing, on January 16, 2026. ECF Nos. 245, 247, 248. Respondents were due to file responses to the reply and the two motions by February 17, 2026. *See* ECF No. 116 (30 days for those filings). On February 17, Respondents filed a motion for extension of time requesting a 90-day extension, to May 18. ECF No. 255. Respondents' counsel states that the extension is necessary because of obligations in other cases and administrative responsibilities at the Nevada Attorney General's office. Respondents' counsel represents that Flanagan does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 255) is **GRANTED**. Respondents will have until and including **May 18, 2026**, to file a response to Petitioner's reply, a response to Petitioner's motion for leave to conduct discovery, and a response to Petitioner's motion for evidentiary hearing.

DATED THIS 17th day of February, 2026.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE