UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DALE EDWARD FLANAGAN,

 Petitioner,

 v.

JEREMY BEAN, *et al.*,

 Respondents.

Case No. 2:09-cv-00085-KJD-EJY

ORDER

In this capital habeas corpus action, Petitioner Dale Edward Flanagan, who is represented by appointed counsel, filed a reply to Respondents' answer, a motion for leave to conduct discovery, and a motion for evidentiary hearing, on January 16, 2026. ECF Nos. 245, 247, 248. After a 30-day initial period and a 90-day extension of time, Respondents were to file responses to the reply and the two motions by May 18. *See* ECF Nos. 116, 257. On May 18, Respondents filed a motion for extension of time requesting a further 91-day extension, to August 17. ECF No. 255. Respondents' counsel states that the extension is necessary because of obligations in other cases and administrative responsibilities at the Nevada Attorney General's office. Respondents' counsel represents that Flanagan does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 259) is **GRANTED**. Respondents will have until and including **August 17, 2026**, to file a response to Petitioner's reply, a response to Petitioner's motion for leave to conduct discovery, and a response to Petitioner's motion for evidentiary hearing.

DATED THIS __18th__ day of ____May_____, 2026.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE