**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DALE EDWARD FLANAGAN,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 2:09-cv-00085-KJD-EJY

**EXTENSION ORDER**

In this capital habeas action, Petitioner Dale Edward Flanagan filed a counseled reply to Respondents' answer to the petition, and motions for leave to conduct discovery and for an evidentiary hearing. ECF Nos. 245, 247, 248. Respondents were granted an initial 30-days plus three extensions of time, to file responses to the reply and the two motions. ECF Nos. 116, 257, 260, 262. The current deadline is October 1, 2026. *Id.* On September 30, 2026, Respondents filed an unopposed motion requesting a fourth extension of an additional 61-days, to December 1, 2026. ECF No. 263. Respondents' counsel states the extension is necessary because of obligations in other cases and administrative responsibilities at the Nevada Attorney General's office. *Id.* Respondents' counsel represents that Flanagan does not oppose the extension. *Id.* The Court finds the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. *See* Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

**IT IS THEREFORE ORDERED** that Respondents' Unopposed Motion for Enlargement of Time (ECF No. 263) is **GRANTED**. Respondents have through **December 1, 2026**, to file a response to Petitioner's reply, a response to Petitioner's motion for leave to conduct discovery, and a response to Petitioner's motion for an evidentiary hearing.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE